1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTUAN WILLIAMS,

11              Plaintiff,              No. CIV S-03-0615 DFL GGH P

12       vs.

13   C.K. PLILER, et al.,

14              Defendants.             ORDER

15   _____/

16              Plaintiff has requested an extension of time to file and serve an amended

17   complaint pursuant to the court's order of March 22, 2005.  Good cause appearing, IT IS

18   HEREBY ORDERED that:

19              1.  Plaintiff's April 18, 2005 motion for an extension of time is granted; and

20              2.  Plaintiff shall file and serve an amended complaint on or before May 13, 2005.

21   Defendants shall answer the remaining claims within 35 days.

22   DATED: 4/22/05

23

24                                      /s/ Gregory G. Hollows
                                        _____
25                                      GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

26   GGH:kf
     will0615.36