BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
WILLIAM V. CASHDOLLAR, State Bar No. 117482
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5596
 Fax: (916) 324-5205

Attorneys for Defendant Rosario
SA2003102012

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTUAN WILLIAMS,** | NO. CIV S-03-0615 DFL GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANT ROSARIO'S REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **PLILER et al.,** | |
| Defendants. | |

The Court, having considered defendant Rosario's, first request for an extension of time to serve defendant's responses to plaintiff's second set of interrogatories, and good cause having been found:

/ / /

/ / /

/ / /

/ / /

/ / /

1 **IT IS HEREBY ORDERED**: Defendant Rosario shall be granted an extension of time, to and including October 19, 2005, to complete and serve plaintiff's second set of interrogatories.

DATED: 9/22/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

wil615.eot.wpd

[Proposed] Order Granting Request for Extension of Time

2