IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTUAN WILLIAMS,

        Plaintiff,                  No. CIV S-03-0615 DFL GGH P

   vs.

PLILER, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 3, 2005, plaintiff filed a motion to extend the discovery cut-off date. Good cause appearing, this motion is granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The discovery cut-off date is extended to January 26, 2006; all motions to compel must be filed by that date;

        2. The December 9, 2005, date for filing pretrial motions is vacated and re-set for April 14, 2006;

        3. The pretrial conference set for March 31, 2006, is vacated and re-set for August 24, 2006; plaintiff's pretrial statement is due on or before August 3, 2006; defendants' pretrial statement is due on or before August 17, 2006;

4. The jury trial set for June 19, 2006, before the Honorable David F. Levi is vacated; this date will be later re-set, if appropriate.

DATED:   11/18/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
wil615.sch