IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTUAN WILLIAMS,** | Case No. 2:03-cv-0615 DFL GGH P |
| Plaintiff, | **GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| **PLILER et al.,** | |
| Defendants. | |

      Defendant's first request for an extension of time to respond to Plaintiff's Motion to Compel was considered by the Court, and good cause appearing, Defendant's request is granted.

      IT IS HEREBY ORDERED that Defendant shall have until February 28, 2006 to file their responses to Plaintiff's Motion to Compel. **

DATED: 2/6/06                    /s/ Gregory G. Hollows

                                 _____
                                   UNITED STATES MAGISTRATE JUDGE

** Discovery cutoff is extended for purposes of ruling on plaintiff's motion and for compliance with the order, if necessary.  No further extensions.

[Proposed] Order Granting Defendants' First Request for Extension of Time to Respond to Respond to Plaintiff's Motion to Compel

1