IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTUAN WILLIAMS,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**PLILER et al.,**<br><br>                              Defendants. | Case No. 2:03-cv-0615 DFL GGH P<br><br>**ORDER VACATING PRETRIAL DATES** |

The Court has considered Defendants' motion to vacate pretrial dates and good cause appearing,

IT IS ORDERED that defendants' August 15, 2006, motion to vacate is granted; the pretrial dates are vacated pending a decision on Defendants' motion for summary judgment, and these dates will be rescheduled, if need be, after a decision is made on this motion.

Dated:  9/20/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

will615.vac

ORDER VACATING PRETRIAL AND TRIAL DATES