IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTUAN WILLIAMS,

     Plaintiff,                    No. CIV S-03-0615 DFL GGH P

    vs.

PLILER, et al,.

     Defendants.        <u>ORDER</u>

_____/

        On March 30, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 15, 2006, denying the plaintiff's January 12, 2006 motion to compel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 15, 2006, is affirmed.

DATED: March 19, 2007

                                            /s/ David F. Levi
                                            UNITED STATES DISTRICT JUDGE

/will0615.850