IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUTUAN WILLIAMS,

        Plaintiff,                     No. CIV S-03-0615 DFL GGH P

    vs.

PLILER, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 9, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. The parties have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 9, 2007 are adopted in full;

2. Plaintiff's April 19, 2006, motion for partial summary judgment is denied;

3. Defendants' April 14, 2006, motion for partial summary judgment is granted as to plaintiff's damages claim challenging the ban on access to non-contact visits and publications containing frontal nudity; defendants' motion is denied as to plaintiff's damages claim challenging the denial of exercise;

4. Defendants' May 10, 2006, opposition, construed as a motion for partial summary judgment as to plaintiff's Equal Protection claim, is granted as to damages claims;

5. The magistrate judge recommended, in part, that defendants be denied summary judgment as to plaintiff's claim for injunctive relief concerning the denial of exercise, contact visits and the May 8, 2002, and December 28, 2002, incidents.  This action concerns conditions of confinement at California State Prison-Sacramento (CSP-Sac).  In their objections, defendants state that because plaintiff is now incarcerated at Calipatria State Prison, his claims for injunctive relief are moot.  Within thirty days of the issuance of this order, defendants may file a supplemental motion for partial summary judgment on mootness grounds.

DATED:  March 19, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/will0615.806