IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUTUAN WILLIAMS,

      Plaintiff,

vs.

C.K. PLILER, et al.,

      Defendants.

No. CIV S-03-0615 ALA P

<u>ORDER</u>

Plaintiff Autuan Williams is directed to file a response to Defendants April 17, 2007, motion for summary judgment within thirty-five (35) days of the date of this order.

**IT IS SO ORDERED.**

/////

DATED: November 29, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

1