1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTUAN WILLIAMS.,

11          Plaintiff,                      No. CIV S-03-00615 ALA HC

12      vs.

13   C.K. PLILER, et al.,

14          Defendants.                     <u>ORDER</u>

15   _____/

16       On December 10, 2007, Defendants filed a request to vacate all upcoming trial dates.

17   Defendants indicated that the parties have agreed to resolve this matter before trial and will file a

18   stipulation for a voluntary dismissal.   Contingent on the parties settling this case, this court's

19   November 29, 2007 Order, requiring Plaintiff to file a response within 35 days is vacated.

20       **IT IS SO ORDERED.**

21   /////

22   DATED: December 11, 2007

23

24                                    /s/ Arthur Alarcón
                                      UNITED STATES CIRCUIT JUDGE
25                                    Sitting by Designation

26

1