IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTUAN WILLIAMS,

      Plaintiff,                    No. CIV S-03-00615 ALA P

    vs.

C.K. PLILER, et al.,

      Defendants.              ORDER

_____/

      On February 7, 2008, plaintiff Antuan Williams and defendants Hamad, Pliler, Rosario and Vance submitted a stipulation that this entire action be dismissed with prejudice and that each side shall bear his or her own costs.

      Accordingly, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice and that each side shall bear his or her own costs.

/////

DATED: February 7, 2008

                                   /s/ Arthur Alarcón
                                   UNITED STATES CIRCUIT JUDGE
                                   Sitting by Designation